IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, § § § | |
| Plaintiff, § § | |
| VS. § | Civil Action No. 4:23-cv-01043-O |
| § § | |
| NORTH TARRANT INFRASTRUCTURE LLC, FERROVIAL CONSTRUCTION US CORP AND WEBBER LLC, § § § § § § | |
| Defendants. § | |

### FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Court **GRANTS in part** and **DENIES in part** Plaintiff's Motion for Summary Judgment (ECF No. 24), and **GRANTS in part** and **DENIES in part** Defendants' Motion for Summary Judgment (ECF No. 27).

2. The Court **DECLARES** that Plaintiff has no duty to defend Defendants in the underlying lawsuits.

**SO ORDERED** on this **19th day** of **March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1